## ALICE S. HAGER ET AL. *v.* JOHN HAGER ET AL.
### (10971)
### (10972)

DUPONT, C. J., DALY and O'CONNELL, Js.

Argued September 25—decision released October 20, 1992

*John Lackland,* for the appellants-appellees (defendants).

*Edward N. Lerner,* with whom, on the brief, was *Nancy M. Kostal,* for the appellee-appellant (plaintiff Alan Hager).

PER CURIAM. The judgment is affirmed.